PETER H. JUSSEN ET AL., APPELLEES, V. ERWIN O. BODE ET
AL., APPELLANTS.

FILED MARCH 28, 1913.   No. 17,599.

The syllabus in *Bode v. Jussen, ante,* p. 482, applied to this case.

APPEAL from the district court for Richardson county:
JOHN B. RAPER, JUDGE. *Affirmed.*

*Edwin Falloon,* for appellants.

*Reavis & Reavis* and *A. R. Scott, contra.*

FAWCETT, J.

This suit was instituted in the district court for Richardson county to foreclose the mortgage involved in *Bode v. Jussen, ante,* p. 482. By agreement of parties it was argued and submitted with that case. Both cases rest upon substantially the same evidence. The district court upheld the mortgage and entered a decree of foreclosure. Defendants appeal. For the reasons stated in *Bode v. Jussen, supra,* the judgment is

AFFIRMED.

REESE, C. J., BARNES and ROSE, JJ., concur.

LETTON, SEDGWICK and HAMER, JJ., not sitting.